AO 470  (Rev. 01/09)  Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the

District of Nevada

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | Case No. | 2:12-cr-082-JCM-VCF |
| | ) | | |
| Michael Sabicer, | ) | | |
| *Defendant* | ) | | |

**DETENTION HEARING**

A continued detention hearing on the Government's Motion to Detain in this case is scheduled as follows:

| Place: | Lloyd D. George Federal Courthouse<br>333 Las Vegas Boulevard South<br>Las Vegas, Nevada 89101<br>Before the Honorable Magistrate Judge Cam Ferenbach | Courtroom No.: | 3C |
|---|---|---|---|
| | | Date and Time: | Wednesday, April 25, 2012, at 3:00 p.m. |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer.  The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:    Apr 25, 2012

*Judge's signature*

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*