MELANIE A. HILL, ESQ.
Nevada State Bar No. 8796
LAW OFFICE OF MELANIE HILL
9345 W. Sunset Road, Suite 100
Las Vegas, NV 89148
Tel: (702) 362-8500
Fax: (702) 362-8505
Melanie@MelanieHillLaw.com
*Attorney for Defendant Michael Sabicer*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL SABICER,<br><br>    Defendant. | Case No: 2:12-cr-00082-MMD-VCF-12<br><br>**DEFENDANT MICHAEL SABICER'S UNOPPOSED MOTION TO CONDUCT A PRE-PLEA PRESENTENCE INVESTIGATION REPORT AND PROPOSED ORDER** |

COMES NOW appointed counsel Melanie A. Hill, Esq. counsel for defendant Michael Sabicer, and hereby moves this for an Order directing the Probation Department to prepare a Pre-Plea Presentence Investigation Report on Defendant Michael Sabicer for the following reasons:

1) It appears that Defendant Sabicer may be subject to substantially different sentencing ranges depending upon his verified criminal history as well as other factors surrounding his offense and plea. Defendant Sabicer's decision regarding how to proceed may be drastically impacted by his sentencing exposure in this

regard.  The pre-plea presentence report will promote judicial economy and aid in the manner in which this case is ultimately resolved.

2) Undersigned counsel therefore respectfully requests an order directing the Department of Probation to conduct a pre-plea presentence investigation report as soon as possible as there is a time sensitive plea offer on the table.

3) Undersigned counsel has spoken to the prosecutor, Assistant United States Attorney Kimberly Frayn, regarding this request and she has no opposition.

DATED this 18th day of July, 2012.

LAW OFFICE OF MELANIE HILL

/s/ Melanie A. Hill
Melanie A. Hill, Esq.
9345 W. Sunset Road, Suite 100
Las Vegas, NV 89148
Tel:  (702) 362-8500
Fax:  (702) 362-8505
Melanie@MelanieHillLaw.com
Counsel for Defendant Michael Sabicer

# CERTIFICATE OF SERVICE

This certifies that the undersigned has served a copy of the foregoing on the following counsel of record via the ECF system on July 19, 2012:

Brenda Weksler     Nancy_Vasquez@fd.org, brenda_weksler@fd.org

C. Stanley Hunterton     shunterton@huntertonlaw.com

Craig W Drummond     craig@drummondfirm.com, office@drummondfirm.com

Daniel J. Albregts     albregts@hotmail.com, kjlapointe2@hotmail.com

James A Oronoz     jim@oronozlawyers.com, alicia@oronozlawyers.com, luke@oronozlawyers.com

Kimberly M Frayn     kimberly.frayn@usdoj.gov, norma.vizcarra2@usdoj.gov

Margaret M Stanish     MStanish@wswlawlv.com, WSW@wswlawlv.com

Melanie A Hill     Melanie@MelanieHillLaw.com, kristinsmith23@gmail.com

Michael P. Kimbrell     mpkimbrell@aol.com

Michael J. Miceli     thomaspitaro@yahoo.com

Michael W Sanft     sanftlawgroup@mac.com, diana.valencia82@gmail.com

Philip Brown     thelasvegasdefender@gmail.com

Terrence M Jackson     Terry.Jackson.Esq@gmail.com

/s/ Melanie A. Hill
An Employee of Law Office of Melanie Hill

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

*****

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 2:12-cr-00082-MMD-VCF-12 |
| Plaintiff, | |
| v. | **ORDER GRANTING DEFENDANT MICHAEL SABICER'S UNOPPOSED MOTION TO CONDUCT A PRE-PLEA PRESENTENCE INVESTIGATION REPORT** |
| MICHAEL SABICER, | |
| Defendant. | |

**ORDER**

IT IS HEREBY ORDERED that the Probation Department will prepare a Pre-Sentence Investigation Report on Defendant Michael Sabicer and make it available to counsel on or before July 27, 2012.

DATED this 20th day of July, 2012.

_____
UNITED STATES DISTRICT JUDGE